# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2431
Lower Tribunal No. 2023-DP-000270

_____

In the Interest of Z.G.M.F, a child.

C.M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

January 6, 2026

PER CURIAM.

    AFFIRMED.

WHITE, GANNAM and PRATT, JJ., concur.


David Maldonado, of the Maldonado Law Firm, P.A., Lakeland, for Appellant.

Jamie Billotte Moses, of Defending Best Interests MMPO Defense, Orlando, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, of Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Guardian ad Litem.

Meredith K. Hall, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED